AO 440 (Rev. 10/93) Summons in a Civil Action

*E-filing*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Steven Roth

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Loos & Company, Inc. and
Seismic Solutions, Inc.

C08-02156 *ADR* *WDB*

TO:

Loos & Company, Inc.

Seismic Solutions, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

H. Michael Brucker
H. Michael Brucker Law Corp.
5855 Doyle Street, Suite 110
Emeryville, CA 94608

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

APR 2 5 2008

DATE

CYNTHIA LENAHAN

(BY) DEPUTY CLERK