E-filing

*United States District Court*

*For the Northern District of California*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN ROTH

Plaintiff(s),

v.

LOOS & COMPANY, INC.
SEISMIC SOLUTIONS, INC.

Defendant(s).

No. C C08-02156

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: 4/30/08

Signature

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")