UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROTH, | No. C 08-2156 WDB |
| Plaintiff, | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| v. | |
| LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC.. | |
| Defendants. | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for July 31, 2008, at 4:00 p.m. is vacated.

Dated: April 30, 2008            Richard W. Wieking, Clerk
                                  United States District Court

                                  *Sarah Weinstein*

                                  By: SarahWeinstein
                                       Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd