```
H. MICHAEL BRUCKER LAW CORPORATION
H. MICHAEL BRUCKER (#36297)
5855 Doyle Street — Suite 110
Emeryville, CA 94608
Telephone:    (510) 654-6200
Facsimile:    (510) 654-6166
Email:        hmblaw@pacbell.net

STEVEN M. KIPPERMAN LAW CORPORATION
STEVEN M. KIPPERMAN (#40895)
57 Post Street — Suite 604
San Francisco, California 94104
Telephone:    (415) 397-8600
Facsimile:    (415) 397-0792
Email:        kipperman@aol.com

Counsel for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROTH,<br><br>    Plaintiff,<br><br>    vs.<br><br>LOOS & COMPANY, INC. and<br>SEISMIC SOLUTIONS, INC.,<br><br>    Defendants. | Case No. Case No.C08-02156 VRW<br><br>**DISCLOSURE OF NON-PARTY<br>INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 9, 2008

/s/ Steven M. Kipperman
_____
Steven M. Kipperman
Counsel for Plaintiff