**STEVEN M. KIPPERMAN**

LAW CORPORATION

57 POST STREET – SUITE 604

SAN FRANCISCO, CALIFORNIA 94104-5023

TELEPHONE
(415) 397-8600

FAX
(415) 397-0792

May 12, 2008

Cora Klein, Courtroom Deputy Clerk
Chambers of Honorable Vaughn R. Walker
Courtroom No. 6 — 17th Floor
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

    Re:   Roth v. Loos & Co., et al.
            N.D. Cal. No. C08-02156 VRW

Dear Ms. Klein:

*[Handwritten: CMC rescheduled to 9/18/08 at 3:30 p.m. #10]*

    I am co-counsel for Plaintiff in the above-entitled case. The court has scheduled the Initial Case Management Conference on August 28, 2008 at 3pm, a date on which I have reservations, and am scheduled to be, out of town to attend an event that would preclude my appearance in court the afternoon of August 28, 2008.

    Although my co-counsel could appear on that date, I write to inquire whether the court would consider rescheduling the Initial Case Management Conference either for September 4 or September 11.

    This request is not presented by way of formal motion because (a) a change in date is, frankly, not essential but would be convenient; and (b) there is no opposing counsel yet on the scene, One Defendant has been served but its responsive pleading is not due until later this month; the other Defendant has not yet been served. Since no counsel for any Defendant has yet appeared, rescheduling the Initial Case Management Conference would not inconvenience any other party.

    Thank you for the court's consideration.

                                  Very truly yours,

                                  STEVEN M. KIPPERMAN

SMK/dlj

cc: H. Michael Brucker