1  David W. Harlan (proposed *pro hac vice*)
   dharlan@senniger.com
2  Michael J. Hartley (proposed *pro hac vice*)
   mhartley@senniger.com
3  SENNIGER POWERS
   One Metropolitan Square
4  16th Floor
   St. Louis, MO 63102
5  Telephone: (314) 231-5400
   Facsimile: (314) 231-4342
6
   Andrew Leibnitz (State Bar No. 184723)
7  aleibnitz@fbm.com
   FARELLA BRAUN & MARTEL LLP
8  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
9  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
10
   Attorneys for Defendants
11 LOOS & COMPANY, INC. and SEISMIC
   SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH, | Case No. 08-02156 VRW |
| Plaintiff, | **ANSWER TO COMPLAINT** |
| vs. | |
| LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC., | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Loos & Company, Inc. and Seismic Solutions, Inc. (collectively "Defendants"), for their Answer to the Complaint of Steven Roth ("Roth"), state as follows:

**THE PARTIES - PERSONAL JURISDICTION**

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 1 and therefore deny those allegations.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL
Case No. 08-02156 VRW

2.   Defendants admit Loos has a place of business in Naples, Florida. Defendants deny the remaining averments of Paragraph 2.

3.   Defendants admit Seismic is a corporation organized under the laws of the State of Missouri and that Seismic has conducted business in the State of California. Defendants further admit the court has personal jurisdiction over Seismic. Defendants deny the remaining averments of Paragraph 3.

4.   Defendants deny the averments of Paragraph 4.

### SUBJECT MATTER JURISDICTION AND VENUE

5.   Defendants admit that Roth purports to state a claim for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, and that this Court has subject matter jurisdiction over this action. Defendants deny the remaining averments of Paragraph 5.

6.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 6 and therefore denies those allegations.

### PATENT & INFRINGEMENT

7.   Defendants admit that on March 13, 2007, United States Patent No. 7,188,809 ("the '809 patent") issued to Roth. Defendants further admit that a copy of the '809 patent was attached to the Complaint as Exhibit A. Defendants deny the remaining averments of Paragraph 7.

8.   Defendants admit Roth purports to be the owner of the '809 patent. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 8 and therefore denies those allegations.

9.   Defendants deny the averments of Paragraph 9.

10.  Defendants deny the averments of Paragraph 10.

11.  Defendants deny the averments of Paragraph 11.

### ADDITIONAL AND AFFIRMATIVE DEFENSES

A.   The Court does not have personal jurisdiction over Loos.

B.   The Complaint fails to state a claim upon which relief can be granted.

C.   Venue is improper.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL
Case No. 08-02156 VRW
- 2 -

1     D.     The claims of the '809 patent are invalid under one or more provisions of the

2 Patent Laws, 35 U.S.C. § 1, et seq., including, but not necessarily limited to, 35 U.S.C. §§ 101,

3 102, 103, and 112.

4     E.     Defendants have not infringed, contributed to the infringement, or induced the

5 infringement of any valid claim of the '809 patent.

6     WHEREFORE, having fully answered, Defendants request the Court to dismiss the

7 Complaint and that Roth take nothing by it, declare this an exceptional case in favor of

8 Defendants, award Defendants their attorneys' fees and costs incurred in this case, and order such

9 other and further relief as the Court may deem just and proper.

10                                         Respectfully submitted,

12 Dated:  May 28, 2008                     FARELLA BRAUN & MARTEL LLP

14                                          By:_____/s/_____
                                                     Andrew Leibnitz

16                                          Attorneys for Defendants
                                            LOOS & COMPANY, INC. and SEISMIC
                                            SOLUTIONS, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL
Case No. 08-02156 VRW

- 3 -

## **DEMAND FOR JURY TRIAL**

Defendants hereby demand a jury trial.

Dated: May 28, 2008

FARELLA BRAUN & MARTEL LLP

By: _____/s/_____
         Andrew Leibnitz

Attorneys for Defendants
LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL
Case No. 08-02156 VRW

- 4 -