ORIGINAL

1  David W. Harlan (proposed *pro hac vice*)
   B. Scott Eidson (proposed *pro hac vice*)
2  SENNIGER POWERS
   One Metropolitan Square
3  16th Floor
   St. Louis, MO 63102
4  Telephone: (314) 231-5400
   Facsimile: (314) 231-4342
5
   Andrew Leibnitz (State Bar No. 184723)
6  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
7  San Francisco, CA 94104
   Telephone: (415) 954-4400
8  Facsimile: (415) 954-4480
   aleibnitz@fbm.com
9
   Attorneys for Defendants
10 LOOS & COMPANY, INC. and SEISMIC
   SOLUTIONS, INC.
11

FILED 08 MAY 30 PM 3:36

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 08-02156 VRW<br><br>**APPLICATION OF DAVID W. HARLAN TO APPEAR *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, David W. Harlan, an active member in good standing of the bar of the United States District Court for the Eastern District of Missouri (Mo. Bar No. 20127; ED Mo No. 3322), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendants Loos & Company, Inc. and Seismic Solutions, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPLICATION OF DAVID W. HARLAN TO
APPEAR *PRO HAC VICE*
Case No. 08-02156 VRW

10628\1594681.1

1. court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Andrew Leibnitz (State Bar No. 184723)
> Farella Braun & Martel LLP
> Russ Building 30th Floor, 235 Montgomery Street, San Francisco, CA 94104
> Telephone: (415) 954-4400 and Facsimile: (415) 954-4480.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2008

_____
David W. Harlan

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPLICATION OF DAVID W. HARLAN TO APPEAR PRO HAC VICE
Case No. 08-02156 VRW
- 2 -
10628\1594681.1