|   |   |
|---|---|
| 1 | David W. Harlan (proposed *pro hac vice*) |
|   | Michael J. Hartley (proposed *pro hac vice*) |
| 2 | SENNIGER POWERS |
|   | One Metropolitan Square |
| 3 | 16th Floor |
|   | St. Louis, MO 63102 |
| 4 | Telephone: (314) 231-5400 |
|   | Facsimile: (314) 231-4342 |
| 5 |   |
|   | Andrew Leibnitz (State Bar No. 184723) |
| 6 | FARELLA BRAUN & MARTEL LLP |
|   | 235 Montgomery Street, 17th Floor |
| 7 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 8 | Facsimile: (415) 954-4480 |
|   | aleibnitz@fbm.com |
| 9 |   |
|   | Attorneys for Defendants |
| 10 | LOOS & COMPANY, INC. and SEISMIC |
|   | SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH, | Case No. 08-02156 VRW |
| Plaintiff, | **APPLICATION OF MICHAEL J.** |
| vs. | **HARTLEY TO APPEAR *PRO HAC VICE*** |
| LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC., | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Michael J. Hartley, an active member in good standing of the bar of the United States District Court for the Eastern District of Missouri (Mo. Bar No. 55057; ED Mo No. 3322), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendants Loos & Company, Inc. and Seismic Solutions, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPLICATION OF MICHAEL J. HARTLEY
TO APPEAR *PRO HAC VICE*
Case No. 08-02156 VRW

10628\1594717.1

1  court of another State or the District of Columbia, as indicated above;

2      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

    3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Andrew Leibnitz (State Bar No. 184723)
> Farella Braun & Martel LLP
> Russ Building 30th Floor, 235 Montgomery Street, San Francisco, CA 94104
> Telephone: (415) 954-4400 and Facsimile: (415) 954-4480.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2008

*/s/ Michael J. Hartley*
Michael J. Hartley

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPLICATION OF MICHAEL J. HARTLEY
TO APPEAR *PRO HAC VICE*  - 2 -
Case No. 08-02156 VRW

10628\1594717.1