1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9

10   STEVEN ROTH,                          Case No.  08-02156 VRW

11              Plaintiff,                  **(Proposed) ORDER GRANTING
                                            APPLICATION FOR ADMISSION OF**
12                                          **ATTORNEY MICHAEL J. HARTLEY**
        vs.                                 **_PRO HAC VICE_**
13

14   LOOS & COMPANY, INC. and SEISMIC
     SOLUTIONS, INC.,
15
                Defendants.
16

17

18          Michael J. Hartley, an active member in good standing of the bar of the state of Missouri,

19   whose business address is Senniger Powers, One Metropolitan Square, 16th Floor, St. Louis, MO

20   63102, telephone (314) 231-5400, having applied in the above-entitled action for admission to

21   practice in the Northern District of California on a *pro hac vice* basis representing defendants

22   Loos & Company, Inc. and Seismic Solutions, Inc.

23          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

24   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

25   *vice*.  Service of papers upon and communication with co-counsel designed in the application will

26   ///

27   ///

28   ///

(PROPOSED) ORDER GRANTING APPLIC.
OF ATTORNEY *PRO HAC VICE*
(HARTLEY) - Case No. 08-02156 VRW

23342\1605876.1

1    constitute notice to the party.  All future filings in this case are subject to the requirements

2    contained in General Order No. 45, *Electronic Case Filing.*

3

4    Dated: _____

5

6                                                    _____
                                                     Vaughan R. Walker
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER GRANTING APPL.
OF ATTORNEY *PRO HAC VICE*                    - 2 -                                    23342\1605876.1
(HARTLEY) - Case No. 08-02156 VRW