Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROTH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.  08-02156 VRW<br><br>(Proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID W. HARLAN** *PRO HAC VICE* |

David W. Harlan, an active member in good standing of the bar of the state of Missouri, whose business address is Senniger Powers, One Metropolitan Square, 16th Floor, St. Louis, MO 63102, telephone (314) 231-5400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendants Loos & Company, Inc. and Seismic Solutions, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will

///

///

///

(PROPOSED) ORDER GRANTING APPLIC.
OF ATTORNEY *PRO HAC VICE* (HARLAN)
Case No. 08-02156 VRW

23342\1605876.1

1  constitute notice to the party.  All future filings in this case are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3
4  Dated: _____June 10, 2008_____



_____
Vaughan R. Walker
United States District Judge

GRANTED
Judge Vaughn R Walker

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

(PROPOSED) ORDER GRANTING APPL.
OF ATTORNEY *PRO HAC VICE* (HARLAN)    - 2 -
Case No. 08-02156 VRW

23342\1605876.1