1  David W. Harlan (admitted *pro hac vice*)
   Michael J. Hartley (admitted *pro hac vice*)
2  SENNIGER POWERS
   One Metropolitan Square
3  16th Floor
   St. Louis, MO 63102
4  Telephone: (314) 231-5400
   Facsimile: (314) 231-4342
5
6  Andrew Leibnitz (State Bar No. 184723)
   FARELLA BRAUN & MARTEL LLP
7  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
   Telephone: (415) 954-4400
8  Facsimile: (415) 954-4480
   aleibnitz@fbm.com
9
   Attorneys for Defendants
10 LOOS & COMPANY, INC. and SEISMIC
   SOLUTIONS, INC.
11

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 | STEVEN ROTH,                           | Case No. 08-02156 VRW
17 |         Plaintiff,                     | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS LOOS & COMPANY, INC. AND SEISMIC SOLUTIONS, INC.**
18 |   vs.                                  |
19 | LOOS & COMPANY, INC. and SEISMIC       |
   | SOLUTIONS, INC.,                       |
20 |         Defendants.                    |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' CERTIFICATION OF
INTERESTED PARTIES
CASE NO. 08-02156 VRW

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

DATED: June 30, 2008

FARELLA BRAUN & MARTEL LLP

By: ___/s/_____
Andrew Leibnitz

Attorneys for Defendants
LOOS & COMPANY, INC. and
SEISMIC SOLUTIONS, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DEFENDANTS' CERTIFICATION OF
INTERESTED PARTIES                - 1 -
CASE NO. 08-02156 VRW