David W. Harlan (proposed *pro hac vice*)
Michael J. Hartley (proposed *pro hac vice*)
SENNIGER POWERS
One Metropolitan Square
16th Floor
St. Louis, MO 63102
Telephone: (314) 231-5400
Facsimile: (314) 231-4342

Andrew Leibnitz (State Bar No. 184723)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
aleibnitz@fbm.com

Attorneys for Defendants
LOOS & COMPANY, INC. and
SEISMIC SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH,<br><br>Plaintiff,<br><br>vs.<br><br>LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC.,<br><br>Defendants. | Case No. 08-02156 VRW<br><br>**ADR CERTIFICATION BY DEFENDANTS LOOS & COMPANY, INC. AND SEISMIC SOLUTIONS, INC.** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that she or he has:

1. Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California;"

2. Discussed the available dispute resolution options provided by the Court and private entities; and

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ADR CERTIFICATION BY DEFENDANTS
CASE NO. 07-3257 SI

3. Considered whether this case might benefit from any of the available dispute resolution options.

DATED: June 30, 2008

LOOS & COMPANY, INC.

By: /signature/

DATED: June 30, 2008

SEISMIC SOLUTIONS, INC.

By: /signature/

DATED: July 8, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/
Andrew Leibnitz

Attorneys for Defendants
LOOS & COMPANY, INC. and
SEISMIC SOLUTIONS, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ADR CERTIFICATION BY DEFENDANTS
CASE NO. 07-3257 SI

- 2 -