David W. Harlan (admitted *pro hac vice*)
Michael J. Hartley (admitted *pro hac vice*)
SENNIGER POWERS
One Metropolitan Square
16th Floor
St. Louis, MO 63102
Telephone: (314) 231-5400
Facsimile: (314) 231-4342

Andrew Leibnitz (State Bar No. 184723)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
aleibnitz@fbm.com

Attorneys for Defendants
LOOS & COMPANY, INC. and SEISMIC
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH,<br><br>    Plaintiff,<br><br>  vs.<br><br>LOOS & COMPANY, INC. and SEISMIC<br>SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 08-02156 VRW<br><br>**NOTICE OF NEED FOR ADR PHONE<br>CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they request an

Early Settlement Conference with a Magistrate Judge. The date of Case Management Conference

is September 18, 2008.

The following counsel will participate in the ADR phone conference:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF NEED FOR ADR PHONE
CONFERENCE / CASE NO. 08-02156 VRW

23342\1643431.2

| Name | Party Representing | Phone No. | Email Address |
|---|---|---|---|
| H. Michael Brucker | Plaintiff STEVEN ROTH | (510) 654-6200 | hmblaw@pacbell.net |
| Steven M. Kipperman | Plaintiff STEVEN ROTH | (415) 397-8600 | kipperman@aol.com |
| Andrew Leibnitz | Defendants LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC. | (415) 954-4932 | aleibnitz@fbm.com |
| David W. Harlan | Defendants LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC. | (314) 231-5400 | DHarlan@senniger.com |

DATED: July 24, 2008

H. MICHAEL BRUCKER LAW CORPORATION

By: 
H. Michael Brucker
Attorneys for Plaintiff STEVEN ROTH

DATED: July 24, 2008

FARELLA BRAUN & MARTEL LLP

By: ___/s/___
Andrew Leibnitz

Attorneys for Defendants
LOOS & COMPANY, INC. and
SEISMIC SOLUTIONS, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF NEED FOR ADR PHONE
CONFERENCE / CASE NO. 08-02156 VRW    - 2 -    23342\1643431.2