1  H. MICHAEL BRUCKER LAW CORPORATION
2  H. MICHAEL BRUCKER (#36297)
   5855 Doyle Street — Suite 110
3  Emeryville, CA 94608
   Telephone:  (510) 654-6200
4  Facsimile:  (510) 654-6166
   Email:       hmblaw@pacbell.net
5
6  STEVEN M. KIPPERMAN LAW CORPORATION
   STEVEN M. KIPPERMAN (#40895)
7  57 Post Street —  Suite 604
   San Francisco, California  94104
8  Telephone:  (415) 397-8600
   Facsimile:  (415) 397-0792
9  Email:       kipperman@aol.com

10 Counsel for Plaintiff

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14
   STEVEN ROTH                          )  **Case No. 08-02156 VRW**
15                                       )
              Plaintiff,                 )
16                                       )  **ADR CERTIFICATION BY**
   vs.                                   )  **PLAINTIFF STEVEN ROTH**
17                                       )
18 LOOS & COMPANY, INC. and             )
   SEISMIC SOLUTIONS, INC.,             )
19            Defendants.                )
20 _____  )

21

22
23        The parties having agreed that the date by which this
24 certification is required to be filed is August 28, 2008, pursuant
25 to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the
26 undersigned certifies that he has:
27
28

1.      Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California;"

2.      Discussed the available dispute resolution options provided by the Court and private entities; and

3.      Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _07/30/08_

_____
Steven Roth, Plaintiff

Dated: _7/30/08_

H. MICHAEL BRUCKER LAW CORP.
STEVEN M. KIPPERMAN LAW CORP.

By _____
H. Michael Brucker
Attorneys for Plaintiff Steven Roth

ADR Certification              2