| | |
|---|---|
| 1 | H. MICHAEL BRUCKER LAW CORPORATION |
| 2 | H. MICHAEL BRUCKER (#36297) |
| | 5855 DOYLE STREET, SUITE 110 |
| 3 | EMERYVILLE, CA 94608 |
| | Telephone: (510) 654-6200 |
| 4 | Facsimilie: (510) 654-6166 |
| | E-Mail: hmblaw@pacbell.net |
| 5 | STEVEN M. KIPPERMAN LAW CORPORATION |
| | STEVEN M. KIPPERMAN (#40895) |
| 6 | 57 Post Street, Suite 604 |
| 7 | San Francisco, CA 94104 |
| | Telephone: (415) 397-8600 |
| 8 | Facsimilie: (415) 397-0792 |
| | E-Mail: kipperman@aol.com |
| 9 | COUNSEL FOR PLAINTIFF |

Andrew Leibnitz (#184723)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimilie: (415) 954-4480
E-Mail: aleibnitz@fbm.com
David W. Harlan (*pro hac vice*)
Michael J. Hartlen (*pro hac vice*)
SENNIGER & POWERS LLP
100 North Broadway, 17th Floor
St. Louis, MO 63102
Telephone: (314) 231-5400
Facsimilie: (314) 231-4342
E-Mail: dharlan@senniger.com
E-Mail: mhartley@senniger.com
COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH, | No. CV08-02156 VRW |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC. | |
| Defendants. | |

1  IT IS STIPULATED between the parties as follows:

2  Counsel flor Plaintiff Steven Roth and Defendants Loos & Company, Inc. and Seismic

Solutions, Inc. have, due to the holidays and trial schedule of Plaintiff's counsel, been unable to

finalize a settlement agreement.  The parties believe that given additional time, there is a good

chance that an agreement will be reached.

Accordingly, Plaintiff Steven Roth and Defendants Loos & Company, Inc. and Seismic

Solutions, Inc. request that the Status Conference in this matter be continued to February 19, 2009

and that the Court sign the following [Proposed] Order.


____/S/_____          ____/S/_____
Michael J. Hartley                               H. Michael Brucker
Counsel for Defendants                           Counsel for Plaintiff

Dated:  January 21, 2009                         Dated:  January 21, 2009


Case No. 08-20156 VRW
[Proposed Order]

|   |
|---|
| 1 |
| 2 |
| 3 |

**[PROPOSED] ORDER**

GOOD CAUSE HEREFOR APPEARING,

IT IS ORDERED that the Status Conference scheduled for January 22, 2009 be continued to February 19, 2009.

**GRANTED**
Judge Vaughn R Walker
1/21/2009

Case No. 08-20156 VRW
[Proposed Order]