H. MICHAEL BRUCKER LAW CORPORATION
H. MICHAEL BRUCKER (#36297)
5855 DOYLE STREET, SUITE 110
EMERYVILLE, CA 94608
Telephone: (510) 654-6200
Facsimilie: (510) 654-6166
E-Mail: hmblaw@pacbell.net
STEVEN M. KIPPERMAN LAW CORPORATION
STEVEN M. KIPPERMAN (#40895)
57 Post Street, Suite 604
San Francisco, CA 94104
Telephone: (415) 397-8600
Facsimilie: (415) 397-0792
E-Mail: kipperman@aol.com
COUNSEL FOR PLAINTIFF

Andrew Leibnitz (#184723)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimilie: (415) 954-4480
E-Mail: aleibnitz@fbm.com
David W. Harlan (*pro hac vice*)
Michael J. Hartlen (*pro hac vice*)
SENNIGER & POWERS LLP
100 North Broadway, 17th Floor
St. Louis, MO 63102
Telephone: (314) 231-5400
Facsimilie: (314) 231-4342
E-Mail: dharlan@senniger.com
E-Mail: mhartley@senniger.com
COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH, | No. CV08-02156 VRW |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC. | |
| Defendants. | |

1    IT IS STIPULATED between the parties as follows:

2    Counsel for Plaintiff Steven Roth and Defendants Loos & Company, Inc. and Seismic

3    Solutions, Inc. have exchanged positions regarding settlement and need more time to attempt to

4    work out their differences.

5

6    Accordingly, Plaintiff Steven Roth and Defendants Loos & Company, Inc. and Seismic

7    Solutions, Inc. request that the Status Conference in this matter now set for February 19, 2009 be

8    continued to March 19, 2009 and that the Court sign the following [Proposed] Order.

9

10

11

12    ____/S/_____        ____/S/_____
      Michael J. Hartley                          H. Michael Brucker
      Counsel for Defendants                      Counsel for Plaintiff
13

14    Dated:  February 10, 2009                    Dated:  February 10, 2009

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-20156 VRW
[Proposed Order]

1

2 **[PROPOSED] ORDER**

3        GOOD CAUSE HEREFOR APPEARING,

4        IT IS ORDERED that the Status Conference scheduled for February 19, 2009 be

5 continued to March 19, 2009.

6



UNITED STATES DISTRICT COURT

GRANTED

Judge Vaughn R Walker

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-20156 VRW
[Proposed Order]