1  H. MICHAEL BRUCKER LAW CORPORATION
   H. MICHAEL BRUCKER (#36297)
2  5855 DOYLE STREET, SUITE 110
   EMERYVILLE, CA 94608
3  Telephone: (510) 654-6200
   Facsimilie: (510) 654-6166
4  E-Mail: hmblaw@pacbell.net
   STEVEN M. KIPPERMAN LAW CORPORATION
5  STEVEN M. KIPPERMAN (#40895)
   57 Post Street, Suite 604
6  San Francisco, CA 94104
   Telephone: (415) 397-8600
7  Facsimilie: (415) 397-0792
   E-Mail: kipperman@aol.com
8  COUNSEL FOR PLAINTIFF

9  Andrew Leibnitz (#184723)
   FARELLA BRAUN + MARTEL LLP
10 235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
11 Telephone: (415) 954-4400
   Facsimilie: (415) 954-4480
12 E-Mail: aleibnitz@fbm.com
   David W. Harlan (*pro hac vice*)
13 Michael J. Hartlen (*pro hac vice*)
   SENNIGER & POWERS LLP
14 100 North Broadway, 17th Floor
   St. Louis, MO 63102
15 Telephone: (314) 231-5400
   Facsimilie: (314) 231-4342
16 E-Mail: dharlan@senniger.com
   E-Mail: mhartley@senniger.com
17 COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN ROTH, | No. CV08-02156 VRW |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| LOOS & COMPANY, INC. and SEISMIC SOLUTIONS, INC. | |
| Defendants. | |

-1-

1  IT IS STIPULATED between the parties as follows:

2  Counsel for Plaintiff Steven Roth and Defendants Loos & Company, Inc. and Seismic

3  Solutions, Inc. have exchanged positions regarding settlement and need more time to attempt to

4  work out their differences.

5  Accordingly, Plaintiff Steven Roth and Defendants Loos & Company, Inc. and Seismic

6  Solutions, Inc. request that the Status Conference in this matter now set for March 19, 2009 be

7  continued to April 2, 2009 and that the Court sign the following [Proposed] Order.

```
____/S/_____          ____/S/_____
Michael J. Hartley                      H. Michael Brucker
Counsel for Defendants                  Counsel for Plaintiff

Dated:  March 13, 2009                  Dated:  March 13, 2009
```

**[PROPOSED] ORDER**

GOOD CAUSE HEREFOR APPEARING,

IT IS ORDERED that the Status Conference scheduled for March 19, 2009 be continued to April 2, 2009.

Dated: 3/16/2009

[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]