IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN ROTH,                                    No   C  08-2156 VRW

       Plaintiff,                             ORDER

       v

LOOS & COMPANY, INC and SEISMIC SOLUTIONS, INC,

       Defendants.
                                              /

In the parties' case management statement, defendants stated that "there is no prejudice to plaintiff's rights if the RS1 clips are not marked." Doc # 43 at 4. This appears inconsistent with 35 USC § 287(a), which places an additional burden on a patentee in an infringement suit if the material is not marked. Counsel are directed to be prepared to explain the statement at the case management conference scheduled for April 2, 2009 at 3:30 PM.

IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge