IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEVEN ROTH,<br><br>      Plaintiff,<br><br>      v<br><br>LOOS & COMPANY, INC and SEISMIC SOLUTIONS, INC,<br><br>      Defendants.<br>_____/ | No   C 08-02156 VRW<br><br>ORDER |

        On July 30, 2009, plaintiff Steven Roth moved the court to seal his opposition to defendants' motion for summary judgment. Doc #71.  Plaintiff's motion, required by stipulated protective order (Doc #30), was based on his understanding that defendants had designated or otherwise indicated that certain portions of his motion and documents used in support of his motion were confidential.

        As required by LR 79-5(d), defendants filed a declaration (Doc #82) in support of sealing Exhibits D and E attached to the declaration of H Michael Brucker (Doc ##84-85).  Defendants previously designated Exhibits D and E as attorney's eyes only under the stipulated protective order because the documents contain

competitively sensitive information, including pricing, customer lists and sales volume.  Doc #82.

At this time, disclosures of this information may arguably result in competitive harm to the defendants. Accordingly, the motion for a sealing order is GRANTED.  Exhibits D and E to the Brucker declaration shall be filed under seal.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge